In the Matter of PAUL Z., a Child Alleged to be Severely Abused. KAREN AA., Respondent; PAUL N., Appellant.

Submitted January 11, 2010; decided February 16, 2010

750

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.